**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DEAIREN WILLIAMS**                                  **CIVIL ACTION**

**VERSUS**                                                    **NO. 16-6902**

**JASON KENT, WARDEN**                           **SECTION "F"(4)**


**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1]

Therefore,

---

[1] The Court adopts the Report and Recommendation with two minor amendments. First, on page 37 of the Report and Recommendation, the second sentence of the first full paragraph is amended to state: "The jury already had significant testimony and argument before it establishing that there was no physical or forensic evidence, other than the pellet gun, to link Williams to either crime scene." Second, the citation for the second to last sentence of the first paragraph (that is, the sentence beginning with "Errors will reach this level only if...") on page 44 of the Report and Recommendation is amended to add the proper pin citation, which is page 1458 of the *Derden* case; that is, the citation in the Report & Recommendation should read: *Id.* at 1458 (quoting *Lisenba v. California*, 314 U.S. 219, 228 (1941)); *Perez*, 172 F. App'x at 82.

**IT IS ORDERED** that Deairen Williams's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this  7th  day of ___July___, 2017.

_____
**UNITED STATES DISTRICT JUDGE**